## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HARLE W. CHATHAM AND WIFE, § <br> REBECCA CHATHAM § <br> Plaintiffs § <br>  § <br> v. § <br>  § <br> BLUE CROSS BLUE SHIELD OF TEXAS, § <br> ILLINOIS & NEW MEXICO, § <br> DIVISIONS OF HEALTH CARE § <br> SERVICE CORPORATION, § <br> Defendants § | No. 2:14-cv-1101 |

### ORDER

Before the Court is the Motion to Dismiss and Brief in Support filed by Defendants Blue Cross Blue Shield of Texas, Blue Cross Blue Shield of Illinois and Blue Cross Blue Shield of New Mexico, all divisions of Health Care Service Corporation, a Mutual Legal Reserve Company (collectively "HCSC"). The Court, having considered the Motion and Plaintiffs' response, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED, and Plaintiffs shall take nothing from Defendants in this suit.

IT IS FURTHER ORDERED that all costs of court are taxed against Plaintiffs.

**SIGNED this 13th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE